

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00597-CR

Amanda Nicole **LAWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8173
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Counsel's amended motion to withdraw is GRANTED.

SIGNED October 1, 2025.

_____
Lori Massey Brissette, Justice